■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY L. SIMON, Appellant. [664 NYS2d 959] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 20, 1996 (*People v Simon*, 227 AD2d 575), affirming a judgment of the County Court, Orange County, rendered September 7, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Rosenblatt, J. P., Miller, Pizzuto and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIRO TORRES, Appellant. [665 NYS2d 280] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 27, 1995 (*People v Torres*, 213 AD2d 687), affirming a judgment of the Supreme Court, Queens County, rendered December 19, 1991, under Indictment No. 10634/91, and modifying a judgment and amended judgment of the same court, both also rendered December 19, 1991, under Indictment Nos. 10343/89 and 11899/88, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., Bracken, Thompson and Goldstein, JJ., concur.